GEORGE A. LANGAN, as Trustee of ONONDAGA LITHOLITE COMPANY, Bankrupt, Appellant, v. FIRST TRUST & DEPOSIT COMPANY et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. Motion for stay granted pending hearing and determination

by the Court of Appeals. Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ. [See *ante*, p. 700.]